UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                    Case No. 10-56463

OAKLAND HILLS LAND DEVELOPMENT, LLC,                      Chapter 11

       Debtor.                                            Judge Thomas J. Tucker
_____/

**CORRECTION TO BENCH OPINION DELIVERED ON JUNE 11, 2010,
REGARDING CREDITOR INDEPENDENT BANK'S MOTION TO DISMISS**

     This case came before the Court for hearing on June 11, 2010, on several motions, including a motion by creditor Independent Bank entitled "Emergency Motion to Dismiss Pursuant to 11 U.S.C. §1112[b]" (Docket # 27, the "Motion"). During the hearing, the Court delivered a bench opinion, denying the Motion. In that bench opinion, the Court stated the following: "I also reserve the right to consider *sua sponte* or on motion, either way, the appointment of *a receiver* in this Chapter 11 case if the Debtor's management of this case . . . and attention to this case does not improve substantially going forward from today" (emphasis added). The Court misspoke, and will now correct this statement, as follows:

     IT IS ORDERED that the Court's statement quoted above during the June 11, 2010 bench opinion is corrected, to state the following: "I also reserve the right to consider *sua sponte* or on motion, either way, the appointment of *a Chapter 11 trustee* in this Chapter 11 case if the Debtor's management of this case . . . and attention to this case does not improve substantially going forward from today" (emphasis added).

**Signed on June 14, 2010**

                                                                       **/s/ Thomas J. Tucker**
                                                                         **Thomas J. Tucker**
                                                                 **United States Bankruptcy Judge**